IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:02CR3105 |
| ) | |
| MATTHEW T. SARRINGAR, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's motion to continue the March 27, 2007, revocation hearing in this case until a date and time certain for not less than 60 days. Filing 57. The Court, being fully advised in the premises, and noting that the Government and the Probation Office has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until Tuesday, June 5, 2007, at 12:00 noon. The defendant is ordered to appear at such time.

March 23, 2007.                                    BY THE COURT:

                                                   s/ *Richard G. Kopf*
                                                   United States District Judge